IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Clyde Hunt, | ) | C/A No. 3:14-70-MGL-PJG |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| West Columbia Police Dept.; Donald Myers, *Solicitor*; Dennis Tyndall, *Chief of Police*; Joe Putney, *Police Officer*; Doug Hook, *Police Officer*, | ) | |
|     Defendants. | ) | |

The plaintiff has filed this action, *pro se*, seeking relief pursuant to 42 U.S.C. § 1983. Defendant Myers filed a motion for summary judgment on January 30, 2015. (ECF No. 62.) As the plaintiff is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on February 2, 2015, advising the plaintiff of the importance of a motion for summary judgment and of the need for him to file an adequate response. (ECF No. 63.) The plaintiff was specifically advised that if he failed to respond adequately, the defendant's motion may be granted, thereby ending his case against Defendant Myers.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, the plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon his claims against Defendant Myers.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with his claims against Defendant Myers and to file a response to Defendant Myers's motion for summary

Page 1 of  2

judgment within fourteen (14) days from the date of this order. Plaintiff is further advised that if he fails to respond, **his claims against Defendant Myers will be recommended for dismissal with prejudice for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 16, 2015
Columbia, South Carolina